**Opinion issued September 16, 2014**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-14-00691-CR

## NO. 01-14-00692-CR

———————————

## IN RE CHARLES EDWARD DAVIS, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, Charles Edward Davis, has filed a petition for a writ of mandamus, seeking to obtain trial court records for use in preparing a petition for a writ of habeas corpus.[1]

---

[1]  The petition identifies the underlying cases as *State of Texas v. Charles Edward Davis*, Nos. 697692 and 686345, in the 178th District Court of Harris County, Texas.

We deny the petition.[2]

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Jennings and Keyes.

Do not publish.   TEX. R. APP. P. 47.2(b).

---

[2]   Relator's petition for a writ of mandamus is procedurally defective. *See* TEX. R. APP. 9.5 (requiring documents filed with Court be served on all parties and certificate of service contain date, manner of service, name and address of each person served and, if person served is party's attorney, name of party represented by attorney), TEX. R. APP. P. 52.3(j) (requiring person filing petition to certify that he "has reviewed the petition and concluded that every factual statement in the petition is supported by competent evidence included in the appendix or record").